UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Maria Veronica Garcia and
Ana Tapia-Olivo,

Plaintiffs,

Viratec Thin Films, Inc.,

Defendant.

Civil No. 01-1977 ADM/AJB

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREDJUDICE**

IT IS HEREBY STIPULATED that the above-captioned lawsuit is dismissed without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: Jan. 15, 2002

NICHOLS KASTER & ANDERSON, PLLP

James H. Kaster, #53946
Michele R. Fisher, #303069
4644 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
(612) 338-1919

Attorneys for Plaintiffs

DORSEY & WHITNEY, LLP

David Trevor, #150997
Julie Meany, #256213
50 S. 6th Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Attorneys for Defendant



FILED JAN 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER**

Consistent with the above-stipulation, it is hereby ORDERED that the above-captioned lawsuit is dismissed, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: January 26, 2002

ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT JUDGE